UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 16-22926-CIV-MORENO

DENNIS ROSARIO and REINALDO
NIEVES,

       Plaintiffs,

vs.

VILLAGE OF BISCAYNE PARK, CITY OF
MIAMI, and GEORGE MIYARES,

       Defendants.
_____/

## ORDER GRANTING CITY OF MIAMI'S MOTION TO DISMISS

THIS CAUSE came before the Court upon City of Miami's Motion to Dismiss **(D.E. 9)**, filed on **July 14, 2016**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and Count 3 of the Plaintiff's Complaint is dismissed without prejudice. The Plaintiff has not responded to the City of Miami's motion to dismiss and the time for doing so has now passed. Accordingly, the Court grants the motion to dismiss by default. *See* S.D. Fla. L.R. 7.1(c) ("Failure to [file opposing memorandum] may be deemed sufficient cause for granting the motion by default."). In any event, the Court agrees with the City of Miami that the Plaintiff fails to state a claim of false arrest in Count 3 of the Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this ___8th___ of August 2016.

                                                  _____
                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record